UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CSX Transportation, Inc.<br><br>  Plaintiff,<br><br>v.<br><br>Parker Towing Company, Inc.*, et al.*<br><br>  Defendants. | CIVIL ACTION NO. 1:21-cv-00507-JB-N |

## NOTICE OF SETTLEMENT

Plaintiff, CSX Transportation, Inc., and defendant, Parker Towing Company, Inc., (collectively the "Parties"), hereby notify the Court that the Parties have reached a settlement in this matter. The Parties request 60 days in which to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1) in order to finalize the terms of the settlement.

Respectfully submitted,

**COHEN & PALOMBO P.C.**

By:   /s/ Matthew J. Tinnelly
      Eric C. Palombo (*pro hac vice*)
      Matthew J. Tinnelly (*pro hac vice*)
      125 Coulter Ave., Suite 1000
      Ardmore, PA 19003
      Telephone: 215-609-1110
      Facsimile: 215-609-1117
      Email: Epalombo@freightlaw.net
      Email: Mtinnelly@freightlaw.net

**LOCAL COUNSEL**

**BURR & FORMAN LLP**
John P. Kavanagh, Jr.
11 North Water Street, Suite 22200
Mobile, Alabama 36602

1

Email: jkavanagh@burr.com

Turner B. Williams
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Email: twilliams@burr.com

*Attorneys for Plaintiff,*
*CSX Transportation, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2022, I electronically filed the foregoing Notice of Settlement was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Norman M. Stockman
> Douglas W. Fink
> **Hand Arendall Harrison Sale**
> 104 Saint Francis Street, Suite 300
> Mobile, AL 36602.
> NStockman@handfirm.com
> DFink@handfirm.com
>
> *Attorneys for Defendant*
> *Parker Towing Company, Inc.*

Dated: May 2, 2022                               By:    /s/ Matthew J. Tinnelly
                                                        Matthew J. Tinnelly